**No. 50371.**—Protests 851089–G, etc., of Jacobson & Kupitsky et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.